# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Franchise Services of North America Inc.**　　　　　　　　　　Case No.　**17-02316-ee**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter　**11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attached** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　**June 27, 2017**　　　　　　　　　　　　　　　　Signature　**/s/ Thomas P. McDonnell, III**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Thomas P. McDonnell, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
RUN:1016  DATE:05/09/2017        ***   FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA   ***   Register List By Class/Register   ***   [CLRPRT 16:21 05/09/2017 PAGE: 1]
                                                                                                                                    UID/COMPUTERSHARE
```

| HOLDER ID | CLASS | BALANCE | HOLDER ID | CLASS | BALANCE |
|---|---|---|---|---|---|
| C000000094<br>AAA RENTALS INC<br>1801 MAIN STREET<br>LAFAYETTE IN 47904 | C03<br>*** | 4,369.000000<br>4,369.000000 * | C000000108<br>AIR VIEW RENTALS INC<br>C/O SAM GERKE<br>421 S 13TH ST<br>DECATUR IN 46733 | C03<br>*** | 17,474.000000<br>17,474.000000 * |
| C000000116<br>ALL STAR RENT A CAR INC<br>1964 OLD CANTON ROAD<br>MARIETTA GA 30062 | C03<br>*** | 436,859.000000<br>436,859.000000 * | C000000124<br>ANYTHING WITH WHEELS LLC<br>525 S GREEN BAY RD<br>WAUKEGAN IL 60085-6003 | C03<br>*** | 163,822.000000<br>163,822.000000 * |
| C000000132<br>RUSSELL A BARNETT<br>100 CUMBERLAND AVE<br>TULLAHOMA TN 37388 | C03<br>*** | 43,686.000000<br>43,686.000000 * | C000000019<br>PETER G BARR<br>RR1 STE 2 BOX 17<br>MILLARVILLE AB T0L 1K0<br>CANADA | C03<br>*** | 36,777.000000<br>36,777.000000 * |
| C000000141<br>WILLIAM N BEIERMANN &<br>ETHEL J BEIERMANN TEN COM<br>28508 VICTORY SCHOOL ROAD<br>JERSEYVILLE IL 62052 | C03<br>*** | 21,843.000000<br>21,843.000000 * | C000000159<br>BEST AUTO SALES LLP<br>1385 CANTON ROAD NW<br>CARROLLTON OH 44615 | C03<br>*** | 8,737.000000<br>8,737.000000 * |
| C000000728<br>BOB WIESE OLDSMOBILE INC<br>11 HARBOR TREES LANE<br>NOBLESVILLE IN 46062 | C03<br>*** | 218,430.000000<br>218,430.000000 * | C000000906<br>BOKETO LLC<br>C/O MACQUARIE CAPITAL (USA) INC<br>125 WEST 55TH STREET<br>ATTN KATHERINE MOGG SVP<br>NEW YORK NY 10019 | P01<br>*** | 62,212,600.000000<br>62,212,600.000000 * |
| C000000167<br>MARVIS E BRASWELL &<br>MEBA B BRASWELL JT TEN<br>2446 ATTALA RD 2134<br>FRENCH CAMP MS 39745 | C03<br>*** | 48,542.000000<br>48,542.000000 * | C000000809<br>LEONARD L BREDESON<br>6516-55 AVE<br>CAMROSE AB T4V 4L9<br>CANADA | C03<br>*** | 7,355.000000<br>7,355.000000 * |
| C000000175<br>BROOKS BUCHANAN &<br>HOLLY BUCHANAN JT TEN<br>110 MEADOWBROOK NORTH<br>JACKSON MS 39211 | C03<br>*** | 48,542.000000<br>48,542.000000 * | C000000183<br>C & M FURNITURE LLC<br>11 EAST ROLLING ACRES<br>WEAVERVILLE NC 28787 | C03<br>*** | 43,686.000000<br>43,686.000000 * |
| C000000191<br>CATALYST SYSTEMS INC<br>307 BAY RUN<br>NEWPORT NC 28570 | C03<br>*** | 43,686.000000<br>43,686.000000 * | S000000019<br>CDS & CO<br>NCI ACCOUNT<br>25 THE ESPLANADE<br>PO BOX 1038 STN A<br>TORONTO ON M5W 1G5<br>CANADA | C03<br>*** | 25,739,702.000000<br>25,739,702.000000 * |

```
** AAA        RENTALSINC
```



Confidential

```
RUN:1016  DATE:05/09/2017            ***                Register List By Class/Register             ***         [CLRPRT 16:21 05/09/2017 PAGE:       2]
FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA                                                                                     UID/COMPUTERSHARE

HOLDER ID                            CLASS      BALANCE                         HOLDER ID                            CLASS      BALANCE

C000000205                           C03           94,049.000000                C000000213                           C03           48,542.000000
CHRISTOPHER ROBIN INVESTMENTS LLC    ***           94,049.000000 *              BETTY W CLARKSON &                   ***           48,542.000000 *
21 SNOWS CREEK                                                                  NANCY E CLARKSON JT TEN
HATTIESBURG MS   39402                                                          210 ASHCOT CIRCLE
                                                                                JACKSON MS   39211

C000000221                           C03            4,369.000000                C000000701                           C03            9,807.000000
DONALD E COFFIN &                    ***            4,369.000000 *              COMPUTERSHARE AS AGENT FOR THE       ***            9,807.000000 *
KENNETH J MACKEY TEN COM                                                        UNEXCHANGED SHS OF RENT A WRECK
4 BROOK                                                                         CUSIP 760102103
TEWKSBURY MA   01876                                                            ATTN CORPORATE ACTIONS DEPARTMENT
                                                                                100 UNIVERSITY AVE
                                                                                9TH FLOOR
                                                                                TORONTO ON   M5J 2Y1
                                                                                CANADA

C000000841                           C03          131,058.000000                C000000892                           C03           97,085.000000
COOKS AUTO RENTAL & LEASING INC      ***          131,058.000000 *              CP ZOUBOUKOS & CJ JEFFCOAT &         ***           97,085.000000 *
ATTN DONOVAN R COOK                                                             DS MURRAY & SR SNYPES
PO BOX 4816                                                                     TR U/A DTD 7-1-96 ANESTHESIA
ROCK HILL SC   29732                                                            CONSULTANTS PA PSP FBO C ZOUBOUKOS
                                                                                2550 FLOWOOD DR STE 400
                                                                                FLOWOOD MS   39232-9307

C000000230                           C03           72,810.000000                C000000248                           C03           54,607.000000
ARTHUR E CREEL &                     ***           72,810.000000 *              ROBERT DOPPELT                       ***           54,607.000000 *
HEATHER M CREEL TEN COM                                                         2296 RAND ROAD
214 PROSPECT AVENUE                                                             PALATINE IL   60074
FRANKLIN TN   37064

C000000256                           C03            8,737.000000                C000000876                           C03           26,186.000000
DOUBLE DIAMOND LLC                   ***            8,737.000000 *              E*TRADE CLEARING LLC                 ***           26,186.000000 *
2860 I 55                                                                       TRANSFERS 5TH FLOOR
MARION AR   72364                                                               2 JOURNAL SQUARE
                                                                                JERSEY CITY NJ   07306

C000000264                           C03            4,369.000000                C000000272                           C03          109,215.000000
MICHAEL JOHN EGGERS                  ***            4,369.000000 *              ERSKINES AUTO RENTAL INC             ***          109,215.000000 *
2209 MURRAY ROAD                                                                P O BOX 121
ESTHERVILLE IA   51334                                                          BELTON SC   29627

C000000302                           C03           72,810.000000                C000000035                           C03          975,448.000000
FIRST CLEARING CORPORATION FBO       ***           72,810.000000 *              DAVID I FORSETH                      ***          975,448.000000 *
GRADY M GARRISON IRA ROLLOVER                                                   920 SIFTON BLVD SW
4409 WALNUT GROVE ROAD                                                          CALGARY AB AB   T2T 2K9
MEMPHIS TN   38117                                                              CANADA
```

** CHRISTOPHER ROBININVLLC

Computershare



**Confidential**

```
RUN:1016  DATE:05/09/2017              ***              Register List By Class/Register              ***              [CLRPRT 16:21 05/09/2017 PAGE:    3]
FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA                                                                                             UID/COMPUTERSHARE

HOLDER ID                        CLASS     BALANCE                HOLDER ID                        CLASS     BALANCE

C0000000043                      C03       398,239.000000         C0000000795                      C03       245.000000
ELIZABETH FORSETH                ***       398,239.000000 *       GERALD L FORSETH                 ***       245.000000 *
920 SIFTON BLVD SW                                                2215A 16A STREET S W
CALGARY AB  T2T 2K9                                               CALGARY AB  T2T 4K3
CANADA                                                            CANADA

C0000000281                      C03       43,686.000000          C0000000299                      C03       4,369.000000
FRESNO AUTO SPORT INC            ***       43,686.000000 *        GARRETT AUTO RENTALS INC         ***       4,369.000000 *
1902 S RENN                                                       18582 GARRETT HIGHWAY
FRESNO CA  93727                                                  OAKLAND MD  21550

C0000000311                      C03       68,259.000000          C0000000329                      C03       21,843.000000
GRADY M GARRISON                 ***       68,259.000000 *        JAMES A GIAMMARCO                ***       21,843.000000 *
1586 ROLAND PL                                                    5308 CALLA AVENUE NW
MEMPHIS TN  38104-5083                                            WARREN OH  44483

C0000000914                      C03       48,564.000000          C0000000949                      C03       69,324.000000
HARE & CO  LLC                   ***       48,564.000000 *        HARE & CO LLC                    ***       69,324.000000 *
C/O BNYMELLON                                                     C/O BNYMELLON
PO BOX 3920002                                                    BOX 11203
PITTSBURGH PA  15251-9002                                         500 ROSS STREET 154-0455
                                                                  PITTSBURGH PA  15262-0001

C0000000337                      C03       48,542.000000          C0000000345                      C03       48,608.000000
CALVIN R HEWITT &                ***       48,542.000000 *        KEITH T HILL &                   ***       48,608.000000 *
CARLA C HEWITT JT TEN                                             MAIDA J HILL JT TEN
102 THORNGATE                                                     120 S SMITH RD
BRANDON MS  39042                                                 LAGRANGE GA  30241

C0000000353                      C03       65,529.000000          C0000000361                      C03       72,810.000000
INDEPENDENT AUTO RENTAL &        ***       65,529.000000 *        INFOCUS LLC                      ***       72,810.000000 *
LEASING INC                                                       644 WENDOVER WAY
70-A INDEPENDENT RD                                               RIDGELAND MS  39157
WINNSBORO SC  29180

C0000000370                      C03       9,465.000000           C0000000388                      C03       10,921.000000
GEORGE KITCHENS JR               ***       9,465.000000 *         MARY H KITCHENS                  ***       10,921.000000 *
1007 WASHINGTON AVE                                               1007 WASHINGTON AVE
PASCAGOULA MS  39567-7250                                         PASCAGOULA MS  39567-7250

C0000000396                      C03       2,184.000000           C0000000051                      C03       4,904.000000
L & C INVESTMENTS INC            ***       2,184.000000 *         NICOLE LEBLANC                   ***       4,904.000000 *
1712 FAIRINTON LANE                                               2741 LINDSTROM DR SW
FAYETTEVILLE NC  28305                                            CALGARY AB  T3E 6E5
                                                                  CANADA

C0000000060                      C03       328,209.000000         C0000000400                      C03       72,810.000000
HENRI H LEFEBVRE                 ***       328,209.000000 *       ALAN LUCAS &                     ***       72,810.000000 *
2741 LINDSTROM DR SW                                              MELINDA LUCAS JT TEN
CALGARY AB  T3E 6E5                                               20 SHADY LANE
CANADA                                                            HATTIESBURG MS  39402

** FORSETH     ELIZAB

Computershare
```



Confidential

```
RUN:1016   DATE:05/09/2017         ***              Register List By Class/Register              ***         [CLRPRT 16:21 05/09/2017  PAGE:    4]
FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA                                                                                  UID/COMPUTERSHARE

HOLDER ID                              CLASS    BALANCE                 HOLDER ID                              CLASS    BALANCE

C000000418                             C03           50,967.000000      C000000426                             C03            8,737.000000
ELLA G LUCAS                           ***           50,967.000000 *    M & G RENTAL INC                       ***            8,737.000000 *
3200 JAMESTOWN RD                                                       3030 CAMERON DR
HATTIESBURG MS    39402                                                 HENDERSON NC    27536

C000000434                             C03          109,215.000000      C000000442                             C03           43,686.000000
MICHAEL D MAGNA                        ***          109,215.000000 *    MAXTON AUTOMOTIVE RENTAL LLC           ***           43,686.000000 *
3520 NICKLAUS DR                                                        4980 NORTH 300 WEST #6
TITUSVILLE FL    32780                                                  FREMONT IN    46737

C000000078                             C03       22,557,478.000000      C000000451                             C03          109,215.000000
THOMAS P MCDONNELL III                 ***       22,557,478.000000 *    THOMAS P MELLETT                       ***          109,215.000000 *
C/O FRANCHISE SERVICES OF NORTH                                         528 EXETER COURT
AMERICA INC                                                             AMBLER PA    19002
1052 HIGHLAND COLONY PARKWAY
SUITE 204
RIDGELAND MS    39157

C000000469                             C03           10,921.000000      C000000477                             C03           45,506.000000
JODY E MIDGETTE                        ***           10,921.000000 *    RUSSELL J MIKLOS &                     ***           45,506.000000 *
9022 CARATOKE HIGHWAY                                                   DIANE T MIKLOS JT TEN
HARBINGER NC    27941                                                   250 E MAIN STREET
                                                                        CANFIELD OH    44406

C000000485                             C03           43,686.000000      C000000493                             C03           87,372.000000
TERRY L MILAM                          ***           43,686.000000 *    MILL CREEK AUTO SALES INC              ***           87,372.000000 *
2314 ASHLAND AVE                                                        250 E MAIN STREET
BOSSIER CITY LA    71111                                                CANFIELD OH    44406

C000000086                             C03        7,290,537.000000      C000000833                             C03        1,000,000.000000
SANFORD MILLER                         ***        7,290,537.000000 *    SANFORD MILLER                         ***        1,000,000.000000 *
28 BROADRIVER ROAD                                                      28 BROADRIVER ROAD
ORMOND BEACH FL    32174                                                ORMOND BEACH FL    32174

C000000523                             C03          118,316.000000      C000000507                             C03          118,316.000000
DEBBIE P MORRIS                        ***          118,316.000000 *    MORRIS VENTURES LLC                    ***          118,316.000000 *
283 OAKMONT TRAIL                                                       P O BOX 227
RIDGELAND MS    39157                                                   RIDGELAND MS    39158

C000000515                             C03           43,686.000000      C000000531                             C03           10,921.000000
MORRIS WRECKERS & TRUCK REPAIR INC     ***           43,686.000000 *    DAVID E MOSS                           ***           10,921.000000 *
P O BOX 623                                                             P O BOX 2667
MADISON GA    30650                                                     MAMMOTH LAKES CA    93546

C000000540                             C03           43,686.000000      C000000558                             C03           13,106.000000
MULTICAR LEASING COMPANY INC           ***           43,686.000000 *    THOMAS W NEILL                         ***           13,106.000000 *
145 MANLEY STREET                                                       P O BOX 614
BROCKTON MA    02301                                                    PULLMAN WA    99163


** LUCAS       ELLA   G
```



Confidential

```
RUN:1016  DATE:05/09/2017          ***           Register List By Class/Register           ***          [CLRPRT 16:21 05/09/2017  PAGE:     5]
FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA                                                                             UID/COMPUTERSHARE

HOLDER ID                           CLASS   BALANCE                    HOLDER ID                           CLASS   BALANCE

C000000779                          C03     150,000.000000             C000000566                          C03     48,542.000000
GALE K NELSON                       ***     150,000.000000 *           OSLER HOSKIN & HARCOURT LLP         ***     48,542.000000 *
130 CAMBRIDGE COVE                                                     TR FOR <A/C 1063216>
CLINTON MS    39056                                                    2500 450 1 STREET SW
                                                                       CALGARY AB   T2P 5H1
                                                                       CANADA

C000000850                          C03     48,535.000000              C000000582                          C03     97,085.000000
JAMES LARRY PAYNE JR                ***     48,535.000000 *            LARRY PAYNE                         ***     97,085.000000 *
218 OLD DECATUR ROAD                                                   9 HERON COVE N
UNION MS    39365                                                      HATTIESBURG MS    39402

C000000574                          C03     48,542.000000              C000000931                          C03     48,783.000000
WILFORD A PAYNE &                   ***     48,542.000000 *            PERSHING LLC CUST                   ***     48,783.000000 *
WILFORD A PAYNE III JT TEN                                             FBO ROBIN H SCHWARTZ
P O BOX 1267                                                           ROLLOVER ACCOUNT IRA
HATTIESBURG MS    39403                                                1 PERSHING PLAZA
                                                                       7TH FLOOR
                                                                       JERSEY CITY NJ    07399

C000000591                          C03     43,686.000000              C000000761                          C03     4,903.000000
R & C MOTOR RENTALS INC             ***     43,686.000000 *            S AND L OIL AND GAS LTD             ***     4,903.000000 *
7525 AIRPORT HIGHWAY                                                   6918 LAMONT COURT S W
HOLLAND OH    43528                                                    CALGARY AB   T3E 6G5
                                                                       CANADA

C000000604                          C03     72,810.000000              C000000612                          C03     54,607.000000
A RODDY SCARBROUGH                  ***     72,810.000000 *            ARTHUR RODDY SCARBROUGH             ***     54,607.000000 *
P O BOX 547                                                            P O BOX 547
RICHTON MS    39476                                                    RICHTON MS    39476

C000000922                          C03     10,921.000000              C000000647                          C03     51,455.000000
AMES D SEEFELD                      ***     10,921.000000 *            TOMMY JOE TRUHETT &                 ***     51,455.000000 *
1001 JUNO DR                                                           JONI R TRUHETT JT TEN
PUNTA GORDA FL    33950-6608                                           18223 DARA HILLS RD
                                                                       GULFPORT MS    39503

C000000655                          C03     2,184.000000               C000000663                          C03     8,737.000000
U RIDE INC                          ***     2,184.000000 *             JACK VANE                           ***     8,737.000000 *
728 AUGUSTA ROAD                                                       2720 MIDDLE ST
EDGEFIELD SC    29824                                                  SULLIVANS ISLAND SC    29482-8638

C000000671                          C03     465,117.000000             C000000680                          C03     4,369.000000
SHERRY WARD                         ***     465,117.000000 *           JOHN D WEIR JR                      ***     4,369.000000 *
PO BOX 393                                                             7 KELP COURT
CAVE CREEK AZ    85327-0393                                            ST HELENA IS SC    29920


** NELSON      GALE    K
```



Confidential

```
RUN:1016  DATE:05/09/2017        ***      Register List By Class/Register        ***        [CLRPRT 16:21 05/09/2017  PAGE:    6]
FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA                                                                   UID/COMPUTERSHARE

HOLDER ID                          CLASS          BALANCE              HOLDER ID               CLASS          BALANCE

C0000000698                        C03         43,686.000000
WILMINGTON AUTO SALES AND          ***         43,686.000000 *
SERVICE INC
1780 ROMBACH AVENUE
WILMINGTON OH  45177


*********************************************************************************************************************************
************ NUMBER OF PAGES WRITTEN =         6 ************* END OF REPORT ************** NUMBER OF LINES WRITTEN =        232 *
*********************************************************************************************************************************
```



Confidential

Computershare

```
RUN:1016  DATE:05/09/2017      ***        Register List By Class/Register        ***       [CLRTOT 16:21 05/09/2017 PAGE:   1]
FRANCHISE SERVICES OF NORTH AMERICA INC/FSNA                                                        UID/COMPUTERSHARE

                              ------ H O L D E R S ------       ------ C E R T S ------
CLS       REG    CATEGORY     CURRENT   NIL BAL    SHELL        CURRENT    NIL BAL             UNITS              MONEY
COMMON
C03       BCA    CDS                0         1        0              0          1          0.000000
          BUS    Issued Cap         7        10                       7         24    198,384.000000
                 CDS               1         0                       1          0  25,739,702.000000
                 *BUS Totals*       8*       10*                      8*        24*  25,938,086.000000 *
          CUS    Issued Cap        74         6                      96         32  36,882,340.000000
C03       ***    *************    82         0                     104         57  62,820,426.000000

SERIES A PREFERRED STOCK
P01       CUS    Issued Cap         1         0                       1          0  62,212,600.000000
P01       ***    *************      1         0                       1          0  62,212,600.000000

GRAND TOTALS                       83         0        0            105         57 125,033,026.000000
********************************************************* END OF REPORT *******************************************************
*********** NUMBER OF PAGES WRITTEN =       1 *************** NUMBER OF LINES WRITTEN =       16 ******************
********************************************************************************************************************************
```




Confidential