| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Franchise Services of North America Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | **17-02316-ee** |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Macquarie Capital** **125 West 55 Street** **New York, NY 10019** | Kevin H. Marino, Esq.  (973) 824-8425 (fax) | **Professional Services** | **Disputed** | | | $2,500,000.00 |
| **RJ Young** **809 Division Street** **Nashville, TN 37203** | (615) 515-7533 (fax) | **Services** | **Contingent Unliquidated Disputed** | | | $1,100,000.00 |
| **Macquarie Capital** **125 West 55 Street** **New York, NY 10019** | Kevin H. Marino, Esq.  (973) 824-8425 | **Professional Services** | **Disputed** | | | $500,000.00 |
| **David M. Mitchell** **100 Forest Avenue** **Glen Ridge, NJ 07028** | William F. Ray, Esq.  (601) 965-1901 (fax) | **Breach of Contract** | **Contingent Unliquidated Disputed** | | | $450,000.00 |
| **Stikeman Elliott** **445 Park Avenue** **7th Floor** **New York, NY 10022** | (212) 371-7087 (fax) | **Professional Services** | **Disputed** | | | $389,963.31 |
| **Osler, Hoskin & Harcourt** **TransCanada Tower** **450 1st St. SW, Ste 2500** **Calgary, Alberta T2P 5H1** | (403) 260-7024 (fax) | **Professional Services** | | | | $351,379.58 |
| **Edinger Associates, PLLC** **1875 I Street, NW** **Suite 500** **Washington, DC 20006** | (202) 747-1691 (fax) | **Professional Services** | **Disputed** | | | $291,354.95 |

Debtor **Franchise Services of North America Inc.**
Name

Case number *(if known)* **17-02316-ee**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daniel Raymond Boland<br>8 Oakleigh Court<br>Norwalk, CT 06853 | Kevin H. Marino, Esq.<br><br>(973) 824-8425 (fax) | Advancement Demand | Contingent Unliquidated Disputed | | | $276,816.36 |
| Michael John Silverton<br>508 W 24th St 7N<br>New York, NY 10011-1103 | Kevin H. Marino, Esq.<br><br>(973) 824-8425 (fax) | Advancement Demand | Contingent Unliquidated Disputed | | | $276,816.36 |
| Horne LLP<br>1020 Highland Colony Parkw<br>Suite 400<br>Ridgeland, MS 39157 | (615) 810-8009 (fax) | Professional Services | | | | $86,850.00 |
| J. Michael Linn<br>1121 N. Halifax<br>Daytona Beach, FL 32118 | W. Thomas McCraney III<br><br>(601) 510-2939 (fax) | Breach of Contract | | | | $50,000.00 |
| Robert M. Barton<br>15234 Merlinglen Pl<br>Lithia, FL 35547-3901 | W. Thomas McCraney III<br><br>(601) 510-2939 (fax) | Breach of Contract | | | | $50,000.00 |
| Young Conaway Stargatt<br>1000 North King Street<br>Wilmington, DE 19899-0391 | (302) 571-1253 (fax) | Professional Services | Disputed | | | $37,372.18 |
| TSD Rental, LLC<br>Attn: Charles Grieco<br>1620-1650 Turnpike St.<br>North Andover, MA 01845 | Charles Grieco<br><br>(978) 794-1455 (fax) | Services | | | | $25,542.62 |
| State of Nevada Dept of Taxation<br>1150 College Pkwy No. 115<br>Carson City, NV 89706 | (775) 684-2020 (fax) | Taxes | Disputed | | | $24,917.17 |
| Canada Revenue Agnecy<br>875 Heron Road<br>Ottawa, Ontario | (613) 952-3845 (fax) | Taxes | Disputed Subject to Setoff | | | $23,362.95 |
| Horn & Payne, PLLC<br>1300 Highway 51<br>Madison, MS 39110 | (601) 853-2878 (fax) | Professional Services | | | | $13,051.25 |

Debtor **Franchise Services of North America Inc.**                              Case number *(if known)* **17-02316-ee**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mississippi Mediation & A P. O. Box 2251 Jackson, MS 39225-2251** | **(601) 969-5582 (fax)** | **Robert Sneed - Arbitrator** | | | | $12,000.00 |
| **State of Michigan Dept. of Treasury PO Box 77000 Detroit, MI 48277-2000** | **(517) 272-5561 (fax)** | **Taxes** | **Disputed** | | | $10,838.85 |
| **DE Secretary of State PO Box 5509 Binghamton, NY 13902-5509** | **(302) 739-3812 (fax)** | **Taxes** | | | | $9,520.00 |