# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Franchise Services of North America Inc.**                          Case No.  **17-02316-ee**
Debtor(s)                                                                     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Franchise Services of North America Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boketo LLC**
**c/o Macquarie Capital**
**125 W 55th St.**
**New York, NY 10019**

**CDS & Co**
**25 The Esplanade**
**PO Box 1038 STN A**
**Toronto ON M5@ 1G5 Canada**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Stephen W. Rosenblatt** |
| Date | **Stephen W. Rosenblatt 5676** |
| | Signature of Attorney or Litigant |
| | Counsel for **Franchise Services of North America Inc.** |
| | **Butler Snow LLP** |
| | **1020 Highland Colony Parkway** |
| | **Suite 1400** |
| | **Ridgeland, MS 39157** |
| | **(601) 948-5711** |
| | **steve.rosenblatt@butlersnow.com** |