## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| FRANCHISE SERVICES OF NORTH AMERICA, INC., | § | Case No.: 17-02316-EE |
| | § | |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf of Macquarie Capital (USA) Inc. ("Macquarie"), together with Michael John Silverton ("Silverton") and Daniel Raymond Boland ("Boland" and together with Macquarie and Silverton, collectively, the "Macquarie Parties"), all of whom are creditors and parties-in-interest in the above-captioned bankruptcy case, and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or its authorized agents, be given to the Macquarie Parties' attorney at the following address:

> Alan L. Smith, Esq.
> Baker, Donelson, Bearman,
>   Caldwell & Berkowitz, PC
> 100 Vision Drive, Suite 400
> Jackson, Mississippi 39211
> Telephone:   (601) 351-8932
> Facsimile:   (601) 974-8932
> ECF Noticing E-mail:  asmith@bakerdonelson.com

-2-

The Macquarie Parties hereby further notify all parties of interest in this case that they are represented by the undersigned attorney and request that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise). The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

    Respectfully submitted,

    MACQUARIE CAPITAL (USA) INC.,
    MICHAEL JOHN SILVERTON, AND
    DANIEL RAYMOND BOLAND

    By their attorneys,

    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC

    BY:    */s/ Alan L. Smith*
           Alan L. Smith, Esq. (Miss. Bar No. 10345)

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, PC
Brooks Eason (Miss. Bar No. 5286)
Alan L. Smith, Esq. (Miss. Bar No. 10345)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211
Telephone:  (601) 351-8932
Facsimile:   (601) 974-8932
beason@bakerdonelson.com
asmith@bakerdonelson.com

-2-

-3-

## **CERTIFICATE OF SERVICE**

      I, Alan L. Smith, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

>Office of the United States Trustee
>USTPRegion05.JA.ECF@usdoj.gov
>
>Ronald H. McAlpin, Esq.
>Ronald.McAlpin@usdoj.gov
>
>Stephen W. Rosenblatt, Esq.
>Steve.Rosenblatt@butlersnow.com
>
>Christopher R. Maddux, Esq.
>chris.maddux@butlersnow.com
>
>Thomas M Hewitt, Esq.
>thomas.hewitt@butlersnow.com

This, the 28th day of June, 2017.

4827-4408-9419 v1
2934250-000001