# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| *In re:* § | Chapter 11 |
| § | |
| FRANCHISE SERVICES OF NORTH AMERICA, INC., § § § | Case No.: 17-02316-EE |
| Debtor. § | |

**JOINDER OF MACQUARIE PARTIES TO RESPONSE OF DAVID M. MITCHELL TO MOTION OF DEBTOR FOR PRELIMINARY AND FINAL ORDER (I) AUTHORIZING POST-PETITION FINANCING ON A SECOND SECURED AND SUPER-PRIORITY BASIS PURSUANT TO 11 U.S.C. §§ 105, 364(c)1, 364(c)(2) AND 507(b); (II) GRANTING OTHER RELATED RELIEF; AND (III) SCHEDULING A FINAL HEARING PURSUANT TO RULE 4001(c)(2) AND PURSUANT TO MISS. BANKR. L.R. 5005-1 AND MISS. BANKR. L.R. 9013-1**
**[Dkt. #31]**

**COMES NOW** Macquarie Capital (USA) Inc. ("Macquarie"), together with Michael John Silverton ("Silverton") and Daniel Raymond Boland ("Boland" and, together with Macquarie and Silverton, collectively, the "Macquarie Parties"), all of whom are creditors and parties-in-interest in the above-captioned bankruptcy case, and hereby join in and fully adopt the *Response of David M. Mitchell to Motion of Debtor for Preliminary and Final Order (I) Authorizing Post-Petition Financing on a Second Secured and Super-Priority Basis Pursuant to 11 U.S.C. §§ 105, 364(c)1, 364(c)(2) and 507(b); (II) Granting Other Related Relief; and (III) Scheduling a Final Hearing Pursuant to RULE 4001(c)(2) and Pursuant to Miss. Bankr. L.R. 5005-1 and Miss. Bankr. L.R. 9013-1* [Dkt. No. 31].

-2-

Respectfully submitted, this the 28th day of June, 2017.

                                    MACQUARIE CAPITAL (USA) INC.,
                                    MICHAEL JOHN SILVERTON, AND
                                    DANIEL RAYMOND BOLAND

                                    By their attorneys,

                                    BAKER, DONELSON, BEARMAN,
                                    CALDWELL & BERKOWITZ, PC

                          BY:   */s/ Alan L. Smith*
                                  Alan L. Smith, Esq. (Miss. Bar No. 10345)

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, PC
Brooks Eason (Miss. Bar No. 5286)
Alan L. Smith, Esq. (Miss. Bar No. 10345)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211
Telephone:  (601) 351-8932
Facsimile:   (601) 974-8932
beason@bakerdonelson.com
asmith@bakerdonelson.com

4845-3250-2603 v1
2934250-000001

-3-

## **CERTIFICATE OF SERVICE**

      I, Alan L. Smith, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

      Office of the United States Trustee
      USTPRegion05.JA.ECF@usdoj.gov

      Ronald H. McAlpin, Esq.
      Ronald.McAlpin@usdoj.gov

      Stephen W. Rosenblatt, Esq.
      Steve.Rosenblatt@butlersnow.com

      Christopher R. Maddux, Esq.
      chris.maddux@butlersnow.com

      Thomas M Hewitt, Esq.
      thomas.hewitt@butlersnow.com

This, the 28th day of June, 2017.

                                                            */s/ Alan L. Smith*