Official Form 26 (12/08)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **FRANCHISE SERVICES OF NORTH** | ) | **CASE NO. 17-02316-EE** |
| **AMERICA, INC.** | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |
| _____ | ) | |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF FRANCHISE SERVICES OF NORTH AMERICA, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of March 31, 2017 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of **FRANCHISE SERVICES OF NORTH AMERICA, INC.** holds a substantial or controlling interest in the following entities:

| **Name of Entity** | **Interest of the Estate** | **Tab #** |
|---|---|---|
| U-Save Holdings, Inc. | 100% | 1 |
| FSW, LLC | 100% | 2 |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

Official Form 26 (12/08) – Cont. 2

Date: 7/25/17

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

_____
Signature of Authorized Individual

Jon NASH
Name of Authorized Individual

CEO
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

_____
Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

**TAB 1**

Form 26
Exhibit A
U-Save Holdings, Inc. as of March 31, 2017

Valuation for U-Save Holdings

The valuation for U-Save Holdings is unknown at the present time. Our investment banker, Equity Partners HG, will be asked to propose an estimated valuation range for U-Save Holdings.

We believe the value, as of March 31, 2017, to be somewhere in the range of $863,343, the amount of cash on hand, and $2,967,007, the amount of Total Shareholders' Equity held on the Balance Sheet. The value of the company presented here is as of March 31, 2017, and is a dynamic value, and is likely to have changed between March 31, 2017 and the Petition Date.

Exhibit B

# TAB 1

**U-Save Holdings, Inc. and Subsidiaries**
**Consolidated BALANCE SHEET**
**MARCH 31, 2017**

| | UNAUDITED<br>As of March 31, 2017<br>US $ | Audited<br>As of Sept 30, 2016<br>US $ | Net Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Cash and cash equivalents | $ 863,343 | $ 1,523,269 | $ (659,926) |
| Restricted cash and cash equivalents | 1,772,021 | 1,944,616 | (172,595) |
| Accts receivable, net of allowances for doubtful accounts | 1,530,700 | 1,748,455 | (217,755) |
| Related party accounts receivable | 14,493 | 16,530 | (2,037) |
| Related party notes receivable | 150,000 | 150,000 | - |
| Other notes receivable | 12,500 | 12,500 | - |
| Deferred income taxes | 263,000 | 263,000 | - |
| Prepaid expenses | 80,056 | 83,755 | (3,699) |
| | 4,686,113 | 5,742,125 | (1,056,012) |
| Related party notes receivable, less current portion | 582,355 | 732,355 | (150,000) |
| Deferred income taxes | 2,106,282 | 1,708,178 | 398,104 |
| Deferred income taxes valuation allowance | (2,369,282) | (1,971,178) | (398,104) |
| Capital assets | 212,113 | 261,487 | (49,374) |
| Intangible assets, net | 44,188 | 48,396 | (4,208) |
| Goodwill | 3,959,473 | 3,959,473 | - |
| Other Assets | 105,415 | 105,415 | - |
| Inter company - U-Save / FSNA | (1,899,525) | (2,288,528) | 389,003 |
| **Total Assets** | **7,427,132** | **8,297,723** | **(870,591)** |
| | | - | |
| **LIABILITIES** | | | |
| Bank indebtedness | | | |
| Accounts payable | 3,169,017 | 4,198,102 | (1,029,085) |
| Accrued liabilities | 294,559 | 397,094 | (102,535) |
| Deposits received from franchisees | 217,044 | 213,974 | 3,070 |
| Current portion of insurance loss reserves | 376,611 | 467,924 | (91,313) |
| Current portion of related notes payable | 139,303 | 277,393 | (138,090) |
| Current portion of capital lease obligations | 3,271 | 6,760 | (3,489) |
| | 4,199,805 | 5,561,247 | (1,361,442) |
| Notes payable, less current portion | 258,424 | 258,424 | - |
| Capital lease obligations | 1,896 | 1,634 | 262 |
| **Total Liabilities** | **4,460,125** | **5,821,305** | **(1,361,180)** |
| **Shareholders' Equity** | | | |
| Common shares | 62,630 | 62,630 | - |
| Treasury stock | (25,000) | (25,000) | - |
| Additional paid-in capital | 6,921,006 | 6,921,006 | - |
| Contributed surplus | 1,112,562 | 1,112,562 | - |
| Accumulated deficit | (5,104,191) | (5,594,780) | 490,589 |
| **Total Shareholders' Equity** | **2,967,007** | **2,476,418** | **490,589** |
| **Total Liabilities and Shareholders' Equity** | **7,427,132** | **8,297,723** | **(870,591)** |

**TAB 1**

**U-Save Holdings, Inc. and Subsidiaries**
**Consolidated STATEMENT of OPERATIONS**
**For six months ending**
**March 31, 2017**

|  | 6 Months US $ |
|---|---:|
| **REVENUES** | |
| Insurance premiums and related fees | 3,442,828 |
| Royalties, licensee fees and other | 1,597,966 |
| Initial Franchise fees | 109,990 |
| Other Income | - |
| **Total Revenues** | **5,150,784** |
| | |
| **OPERATING EXPENSES** | |
| Direct operating: | |
|   Franchise operating | 2,422,487 |
|   Insurance operating | 933,858 |
| Claims expense | 515,150 |
| Insurance underwriting expenses | 45,686 |
| General and administrative | 668,623 |
| Depr/Amortization expense | 69,518 |
| Interest expense (recovery) | 4,873 |
| **Total expenses** | **4,660,195** |
| | |
| **Income (loss) from continuing operations before income taxes** | **490,589** |
| | |
| **Gain (loss) on discontinued operations** | |
| | |
| **Income (loss) before income taxes** | **490,589** |
| | |
| Income tax expense/(benefit) | - |
| **Net Income (Loss)** | **$ 490,589** |
| | |
| Retained earnings (deficit), opening | (5,594,780) |
| Retained earnings (deficit), closing | $ (5,104,191) |

Exhibit B

**TAB 1**

U-Save Holdings, Inc. and Subsidiaries
**Consolidated STATEMENT of CASH FLOW**
For six months ending
March 31, 2017

|  | Six Months Ended March 31, 2017 |
|---|---:|
| **Cash flows from continuing operations** | |
| **Operating activities** | |
| Profit | $ 490,589 |
| Items not affecting cash: | |
|   Amortization and depreciation | 69,518 |
|   Provision for doubtful accounts receivable | 154,201 |
| Changes in non-cash working capital: | |
|   Accounts receivable | 65,591 |
|   Prepaid expenses and other assets | 3,699 |
|   Accounts payable and accrued liabilities | (1,134,848) |
|   Insurance loss reserves | (91,313) |
|   Deposits received from franchisees | 3,070 |
|   Net change in non-cash working capital | (1,153,801) |
| Net cash provided by (used in) operating activities | (439,493) |
| **Investing activities** | |
|   Change in restricted cash | 172,595 |
|   Property and equipment expenditures | (15,935) |
|   Repayments on notes and other receivables | 150,000 |
| Net cash provided by (used in) investing activities | 306,660 |
| **Financing activities** | |
|   Repayments of note payable | (138,090) |
|   Net increase (decrease) in due to affiliates | (389,003) |
| Net cash used in financing activities | (527,093) |
| Net decrease in cash from continuing operations | (659,926) |
| **Net cash flows from discontinued operations** | |
| Operating activities | - |
| Net cash used in discontinued operations | - |
| Net cash used during the period | (659,926) |
| Cash and cash equivalents, beginning of period | 1,523,269 |
| **Cash and cash equivalents, end of period** | $ 863,343 |

Exhibit B

## TAB 1

**U-Save Holdings, Inc. and Subsidiaries**
**Statement of Changes in Stockhodlers Equity**
**For six months ending**
**March 31, 2017**

|  | Common shares US $ | Treasury stock US $ | Additional paid-in capital US $ | Contributed surplus US $ | Accumulated deficit US $ | Total equity US $ |
|---|---|---|---|---|---|---|
| **Balance at September 30, 2016** | $ 62,630 | $ (25,000) | $ 6,921,006 | $ 1,112,562 | $ (5,594,780) | $ 2,476,418 |
| Profit (loss) from continuing operations | - | - | - | - | 490,589 | $ 490,589 |
| **Balance at March 31, 2017** | 62,630 | (25,000) | 6,921,006 | 1,112,562 | (5,104,191) | 2,967,007 |

**TAB 1**

Form 26
Exhibit C
Description of U-Save Holdings business operations

U-Save Holdings, is a holding company, and operates one principal subsidiary, U-Save Auto Rental of America Inc. ("U-Save").  U-Save licenses franchises to operate U-Save Auto Rental and U-Save Car & Truck Rental businesses worldwide and offers to franchisees and independent car rental operators ("associates") insurance products including liability and physical damage coverages on their rental fleet. U-Save also operates an association, Auto Rental Resource Center ("ARRC"), which provides insurance discounts and products and services to its members who operate independent vehicle rental businesses.

**TAB 2**

Form 26
Exhibit A
FSW LLC, as of March 31, 2017


Valuation for FSW LLC

The valuation for FSW LLC is likely zero (0) at the present time. As shown on the attached Financial Statements, the liabilities of the company are significantly greater than the company's assets, and there are no current business operations within the company.

Exhibit B

**TAB 2**

**FSW LLC**
**BALANCE SHEET**
**As of MARCH 31, 2017**

| | UNAUDITED<br>As of March 31, 2017<br>US $ | Audited<br>As of Sept 30, 2016<br>US $ | Net Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Cash and cash equivalents | $ 30,688 | $ 34,370 | $ (3,683) |
| Restricted cash and cash equivalents | | | |
| Accts receivable, net of allowances for doubtful accounts | | | |
| Related party accounts receivable | | | |
| Related party notes receivable | | | |
| Other notes receivable | | | |
| Deferred income taxes | | | |
| Prepaid expenses | | | |
| | 30,688 | 34,370 | (3,683) |
| Related party accounts receivable, less current portion | | | |
| Related party notes receivable, less current portion | | | |
| Due from shareholder, net of allowance | | | |
| Other notes receivable, less current portion | | | |
| Deferred income taxes | | | |
| Deferred income taxes valuation allowance | | | |
| Capital assets | | | |
| Intangible assets, net | | | |
| Goodwill | | | |
| Other Assets | | | |
| **Total Assets** | **30,688** | **34,370** | **(3,683)** |
| | | | |
| **LIABILITIES** | | | |
| Accounts payable | 520,370 | 520,370 | (0) |
| Accrued liabilities | 8,478,402 | 8,478,402 | - |
| Deposits received from franchisees | | | |
| Current portion of insurance loss reserves | | | |
| Current portion of related notes payable | | | |
| Current portion of long-term debt | | | |
| Current portion of capital lease obligations | | | |
| | 8,998,773 | 8,998,773 | (0) |
| Insurance loss reserves, less current portion | | | |
| Notes payable, less current portion | | | |
| Related party notes payable, less current portion | | | |
| Capital lease obligations | | | |
| Deferred tax liability | - | - | |
| **Total Liabilities** | **8,998,773** | **8,998,773** | **(0)** |
| | | | |
| **Shareholders' Equity** | | | |
| Common shares | | | |
| Preferred shares, Series A | | | |
| Treasury stock | | | |
| Additional paid-in capital | | | |
| Contributed surplus | | | |
| Equity portion of Convertible Debenture | | | |
| Accumulated deficit | (8,968,085) | (8,964,402) | (3,683) |
| Acc other comprehensive income | | | |
| **Total Shareholders' Equity** | **(8,968,085)** | **(8,964,402)** | **(3,683)** |
| **Total Liabilities and Shareholders' Equity** | **30,688** | **34,370** | **(3,683)** |

**TAB 2**

FSW LLC
STATEMENT of OPERATIONS
For six months ending
March 31, 2017

|  | 6 Months<br>US $ |
|---|---:|
| **REVENUES** |  |
| Insurance premiums and related fees |  |
| Royalties, licensee fees and other |  |
| Initial Franchise fees |  |
| Other Income |  |
| **Total Revenues** | - |
|  |  |
| **OPERATING EXPENSES** |  |
| Direct operating: |  |
|   Franchise operating |  |
|   Insurance operating |  |
| Claims expense |  |
| Insurance underwriting expenses |  |
| General and administrative |  |
| Depr/Amortization expense |  |
| Interest expense (recovery) |  |
| Loss on settlement |  |
| **Total expenses** | - |
|  |  |
| Income (loss) from continuing operations before income taxes | - |
|  |  |
| Gain (loss) on discontinued operations | (3,683) |
|  |  |
| **Income (loss) before income taxes** | **(3,683)** |
|  |  |
| Income tax expense/(benefit) |  |
|  |  |
| **Net Income (Loss)** | **$ (3,683)** |
|  |  |
| Retained earnings (deficit), opening | (8,964,402) |
| Retained earnings (deficit), closing | $ (8,968,085) |

Exhibit B

**TAB 2**

**FSW LLC**
**STATEMENT of OPERATIONS**
**For six months ending**
**March 31, 2017**

| | | |
|---|---:|---:|
| **Cash flow from operations** | | |
| Cash from (for) current operations | $ | - |
| Cash from (for) discontinued operations | | (3,683) |
| **Total cash flow from operations** | | (3,683) |
| | | |
| **Cash flow from investing** | | - |
| | | |
| **Cash flow from financing** | | - |
| | | |
| **Net cash flow** | | (3,683) |

**TAB 2**

**FSW LLC**
**Statement of Changes in Stockhodlers Equity**
**For six months ending**
**March 31, 2017**

|  | Share capital US $ | Accumulated deficit US $ | Total equity US $ |
|---|---|---|---|
| **Balance at September 30,2016** | $ - | $ (8,964,402) | $ (8,964,402) |
| Gain (loss) on discontinued operations |  | (3,683) | $ (3,683) |
| **Balance at March 31, 2017** | - | (8,968,085) | (8,968,085) |

| | |
|---|---|
| TAB 2 | Exhibit B<br>FSW LLC |

**Notes to Condensed Consolidated Interim Financial Statements**
As at and for the Three and Six Months Ended March 31, 2017 and 2016
(U.S. Dollars)

1. **Significant Events**

   **Simply Wheelz LLC**

   In July 2012, the Company entered into an agreement to acquire Simply Wheelz LLC f/d/b/a Advantage Rent A Car ("Advantage", "Simply Wheelz" or the "Debtor") from Hertz Global Holdings, Inc. ("Hertz"). The agreement called for the acquisition of Simply Wheelz by Adreca Holdings Corp. ("Adreca"), a subsidiary of Boketo LLC ("Boketo") and an affiliate of Macquarie Capital (USA) Inc. ("Macquarie Capital"). The acquisition of Simply Wheelz by Adreca was completed in December 2012. On May 3, 2013, the Company completed the acquisition of Simply Wheelz by way of a merger of Adreca with and into a wholly owned subsidiary of the Company, with the Company issuing 62,212,600 preferred shares representing approximately 49.76% of the as converted common equity of the Company to Boketo in exchange for its ownership of Adreca.

   On November 5, 2013 (the "Petition Date"), Simply Wheelz filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Mississippi (the "Bankruptcy Court"). Under Chapter 11, the Debtor operates as debtor-in-possession under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court. As a result of the bankruptcy filing, effective November 5, 2013, the Debtor was deconsolidated from the Company's consolidated financial statements.

   On April 30, 2014, as part of the bankruptcy proceedings, Simply Wheelz completed the sale of substantially all of its assets under §363 of the Bankruptcy Code to Advantage Opco, LLC d/b/a Advantage Rent A Car ("Advantage Opco"), a subsidiary of The Catalyst Capital Group Inc. ("Catalyst").

   On July 18, 2014, Simply Wheelz filed in the Bankruptcy Case a Motion to Assume, Assign and Sell Certain Vehicle Leases with Merchants Automotive Group, Inc. ("Merchants") to Advantage Opco [Dkt. # 619] (the "Motion to Assign") in connection with the sale proceedings before the Bankruptcy Court.  In accordance with the terms of the Master Lease, the Motion to Assign requested the Court to recognize that Simply Wheelz's obligations other than with respect to the Leased Vehicles had been terminated and for authority to assign the Leased Vehicles to Advantage Opco.  On August 11, 2014, Merchants filed an objection to the Motion to Assign.  The Court conducted an evidentiary hearing on this contested matter on April 22, 2015 and briefing was concluded on June 15, 2015.

   On December 30, 2015, the Bankruptcy Court entered an Agreed Order approving the assumption and assignment and sale to Advantage Opco of Certain vehicle leases the Debtor had with Merchants.

   On December 30, 2015, Simply Wheelz filed its Motion for authority to approve a settlement agreement among Simply Wheelz, Advantage Opco, Catalyst, FSNA, and Merchants and to dismiss the bankruptcy case.

   On January 28, 2016, the Bankruptcy Court entered an Agreed Order approving the proposed settlement agreement and dismissing the bankruptcy case.  Pursuant to that Order, the Debtor and FSNA each received $250,000 to pay for certain administrative expenses incurred.

Exhibit B

TAB 2                                                                                               **FSW LLC**

## Notes to Condensed Consolidated Interim Financial Statements
### As at and for the Three and Six Months Ended March 31, 2017 and 2016
(U.S. Dollars)

Upon dismissal of the bankruptcy case, the Company regained control of Simply Wheelz. The Company reconsolidated Simply Wheelz in its consolidated financial statements in the second quarter of fiscal year 2016 utilizing the acquisition method of accounting. The opening balance sheet was based upon closing balances as of January 31, 2016. Results of operations have been included in the Company's consolidated financial statements beginning February 1, 2016 (the "Accounting Effective Date") forward, as the activity occurring between the date control was obtained (January 28, 2016) and the Accounting Effective Date was not significant. The major classes of assets and liabilities of Simply Wheelz as of the reconsolidation date of January 31, 2016 are as follows:

|  | As at January 31, 2016 |
|---|---:|
| **Current assets** | |
| Cash | $ 43,196 |
| Total assets acquired | 43,196 |
| | |
| Liabilities assumed | (8,058,027) |
| Net | $ (8,014,831) |

The assumed liabilities are included in accounts payable and accrued liabilities in the Company's consolidated statement of financial position at March 31, 2017 and September 30, 2016.

The results for Simply Wheelz for the six months ended March 31, 2017, included in discontinued operations is as follows:

|  | Six Months Ended March 31, 2017 |
|---|---:|
| Revenue | $ - |
| Expenses | 3,683 |
| Loss from discontinued operations | $ (3,683) |

**TAB 2**

Form 26
Exhibit C
Description of FSW LLC business operations

FSW LLC has no current business operations.